UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 4:24CR276 HEA |
| | ) | |
| MACK MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Government's Motions in Limine:

First Motion in Limine Exclude Prior Sexual History under FRE 412 , [Doc. No.

179], the Motion in Limine Admit Jail Calls, [Doc. No. 180], the Motion in Limine

Admit Business Records/Public Records, [Doc. No 181], the Motion in Limine to

Admit Impeachment Evidence under FRE 609, [Doc. No 182], and Motion in

Limine to Introduce 404(b) Evidence, [Doc. No 185].

The Court finds as follows:

The Government's motion to exclude prior sexual history and protect full

identity of the victims is granted in all respects with respect to victims AT and or

AH.

The motion by the government to admit jail calls is granted in its entirety.

The Government's Motion in Limine to Admit Business Records/Public

1

Records is granted in its entirety, subject to the proper certification under the Federal Rules.

The Government's Motion in Limine to admit rule 609 evidence is granted in its entirety with respect to the trafficking arrest and prior arrest of defendant Mitchell regarding the promoting prostitution arrest. Defendant's prior conviction for felon in possession of a firearm will be allowed for impeachment purposes, should he testify.

The United States' Motion in Limine to admit 404(b) evidence, as set forth in the motion, is granted in its entirety.

Dated this 20th day of July,  2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE